**RECEIVED**

JAN - 9 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LONZELL DEMETRIC GOWDY,**<br>Petitioner | **CIVIL ACTION NO. 1:18-CV-1190-P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **CALVIN JOHNSON,**<br>Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

---

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law; it is

**ORDERED** that Gowdy's §2241 petition – to the extent it was properly exhausted – is **DENIED and DISMISSED with prejudice.** Gowdy's unexhausted claims are **DISMISSED without prejudice** for lack of jurisdiction.

**SIGNED** this _8th_ day of January 2019, at Alexandria, Louisiana.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**