RECEIVED
MAY 22 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| LONZELL DEMETRIC GOWDY, Petitioner | CASE NO. 1:18-CV-01190-P |
| VERSUS | JUDGE DEE D. DRELL |
| CALVIN JOHNSON, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 7), and after a de novo review of the record including the Objection filed by Petitioner (Doc. 14), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Gowdy's § 2241 petition—to the extent it was properly exhausted—is DENIED and DISMISSED WITH PREJUDICE. Any unexhausted claims are dismissed without prejudice for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 21st day of MAY, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE